**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** ____

| | | | | |
|---|---|---|---|---|
| Debtor | **Ben E McKay** | SS# **xxx-xx-4805** | Median Income | ☒ Above ☐ Below |
| Joint Debtor | **Rhonda D McKay** | SS# **xxx-xx-5075** | | |
| Address | **410 White Oak Cove Florence, MS 39073-0000** | | | |

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)  Debtor shall pay $ __620.00__ per **semi-monthly** to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: **$1,240.00 monthly**

    Packaging Corp of America
    1955 W Field Court
    Lake Forest, IL 60045

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:    $ **13,455.44**   @ **224.26** /month
Mississippi Dept. of Revenue:  $ **0.00**   @ **0.00** /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:

    **Marcie McKay**
    **2487 Hwy 49 S**
    **Florence, MS 39073**

    **DHS**
    **c/o Scott Weatherly**
    **750 N State Street**
    **Jackson, MS 39201**

POST PETITION OBLIGATION: In the amount of **$400.00** per month beginning **February 2015**.
To be paid ____ direct, ____ through payroll deduction, or **XXX** through the plan.

    **Marcie McKay**
    **2487 Hwy 49 S**
    **Florence, MS 39073**

    **DHS**
    **c/o Scott Weatherly**
    **750 N State Street**
    **Jackson, MS 39201**

PRE-PETITION ARREARAGE: In the total amount of **$1,600.00** shall be paid the amount of **$26.67** per month beginning **January, 2015.**
To be paid ____ Direct ____ through payroll deduction **XXX** through the plan.

**HOME MORTGAGES**. All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO: **Trustmark** BEGINNING **December 2014** @$ **939.00** ☐PLAN ☒DIRECT
MTG ARREARS TO: **-NONE-** THROUGH _____ $ _____ @$ _____ /MO*
    6(*Including interest at %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor: **-NONE-**   Approx. amt. due: _____   Int. Rate: _____
Property Address: _____   Are related taxes and/or insurance escrowed   Yes   No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| State Farm Bank | 2005 Ford F150 |  | 1,700.00 | 4,500.00 | 5.00% | Amt. Owed |
| State Farm Bank | 2011 F150 |  | 17,800.00 | 13,000.00 | 5.00% | Pay Value |
| Tower Loan | Lawn mower |  | 4,500.00 | 800.00 | 5.00% | Pay Value |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Prudential Premier | 401(k) Loan | 14,000.00 | Pay zero; Already payroll deducted. |
| John Deere Financial | Tractor | 27,521.08 | Abandon: Treat deficiency balance, if any, as all other timely filed unsecured claims |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME   APPROX. AMT. OWED   CONTRACTUAL MO. PMT.   PROPOSED TREATMENT
**-NONE-**

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ **48,801.49** . Such claims must be timely filed and not disallowed to receive payment as follows: ___ IN FULL (100%) or **10** % (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ **3,200.00**
Attorney Fees Previously Paid $ **390.00**
Attorney fees to be paid in plan $ **2,810.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| | |
|---|---|
| Automobile Insurance Co/Agent<br>State Farm Insurance | Attorney for Debtor (Name/Address/Phone # / Email)<br>**William W. Stover, Jr.** |
| P.O. Box 5961 | **511 East Pearl Street**<br>**Jackson, MS 39201** |
| Madison, WI 53705-0961 | |
| Telephone/Fax   1-877-638-0175 | Telephone/Fax   **601-949-5000** |
| | Facsimile No.   **601-510-9089** |
| | E-mail Address   **wes.stover@sgtlawfirm.com;**<br>**johngadow@yahoo.com;**<br>**btyler@pgtlaw.com** |

DATE:  **December 15, 2014**         DEBTOR'S SIGNATURE              /s/ Ben E McKay
                                      JOINT DEBTOR'S SIGNATURE    /s/ Rhonda McKay
                                      ATTORNEY'S SIGNATURE         /s/ William W. Stover, Jr.